Raymond Richard INGRAM, Appellant,

v.

The STATE of Texas, Appellee.

No. 27970.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Driving while intoxicated is the offense; the punishment, 30 days in jail and a fine of $100.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.